1044

No. 80–6190.   ROBINSON v. ARIZONA.   Ct. App. Ariz.
Certiorari denied.

No. 80–6191.   PARSONS v. ILLINOIS.   App. Ct. Ill., 4th
Dist.   Certiorari denied.

No. 80–6193.   GILCRIST ET AL. v. DAVIS, WARDEN, ET AL.
C. A. 6th Cir.   Certiorari denied.

No. 80–6195.   HORNICK v. NOYES ET AL.   C. A. 7th Cir.
Certiorari denied.

No. 80–6196.   UNDERWOOD v. MORRIS, WARDEN.   C. A. 9th
Cir.   Certiorari denied.

No. 80–6197.   VITORATOS v. ENGLE, CORRECTIONAL SUPER-
INTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 80–6205.   BROUILLETTE v. WOOD, WARDEN, ET AL.
C. A. 8th Cir.   Certiorari denied.

No. 80–6236.   ALEEM v. MOORE ET AL.   C. A. 5th Cir.
Certiorari denied.

No. 80–6246.   MORTON v. SCHWEIKER, SECRETARY OF
HEALTH AND HUMAN SERVICES.   C. A. 5th Cir.   Certiorari
denied.

No. 80–6283.   SANGSTER v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 80–6287.   DEENER v. OHIO.   Sup. Ct. Ohio.   Certio-
rari denied.

No. 80–6290.   ALLISON v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.